UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTORIA BRIGHTMAN,

                          Plaintiff,

  -against-

PRISON HEALTH SERVICE, INC.,
PRISON HEALTH MEDICAL SERVICE, P.C.,
NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, THE CITY OF
NEW YORK, DON DOHERTY, TREVOR PARKS,
BECKY PINNEY, JACK RAFFERTY, and PAUL
ROBINSON, individually and in their official
capacities,

                          Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3820 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ JUN 14 2007 ★
P.M. _____
TIME A.M. _____

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 30, 2007, dismissing plaintiff's complaint; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing plaintiff's complaint.

Dated: Brooklyn, New York
         June 13, 2007

                                                ROBERT C. HEINEMANN
                                                Clerk of Court